Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew Pfau, Esq.
Nevada Bar No. 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Jason Taylor, Chie Taylor and Jennifer Taylor**,<br><br>Plaintiff,<br>vs.<br><br>**Progressive Casualty Insurance Company**; Does 1 through 10; and Roe Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02061-JAD-NJK<br><br>**Stipulation and [Proposed] Order** |

WHEREAS Plaintiffs' counsel, Cara Xidis, Esq., was out of the state when Defendant Progressive Casualty Insurance Company's Motion for Summary Judgment [ECF No. 26] due to a family emergency and did not learn of the Motion until her return to the office on October 4, 2026; and

WHEREAS Plaintiffs' counsel needs additional time to ensure that all necessary exhibits are included and are submitted in accordance with the parties' confidentiality agreement;

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiffs to file their opposition to Defendant Progressive Casualty Insurance Company's Motion for Summary Judgment be extended from October 16, 2026, to October 23, 2026.

Dated this 16th day of October, 2026.

H&P Law

*/s/ Cara Xidis*

______________________

Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorney for Plaintiffs*

Dated this 16th day of October, 2026.

Keating Law Group, LLC

*/s/ John Keating*

______________________

John Keating, Esq.
Nevada Bar No. 6373
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

______________________
United States District Judge
Dated: 10/19/26