JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*Progressive Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON TAYLOR; CHIE TAYLOR and JENNIFER TAYLOR,<br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02061-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 32] |

Defendant Progressive Casualty Insurance Company, and Plaintiffs Jason Taylor, Chie Taylor and Jennifer Taylor, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including November 16, 2026 to file its Reply to Plaintiffs' Response to Defendant Progressive Casualty Insurance Company's Motion for Summary Judgment (Doc. 26).

/ / /

/ / /

/ / /

/ / /



KEATING LAW GROUP
9130 W. Russell Rd., Suite 200
Las Vegas, Nevada 89148

Defendant's counsel requests the above extension due to the fact that he has been out of the office for his daughter's wedding and Plaintiffs' counsel has graciously agreed to a one week extension for Defendant to file its Reply.

DATED: November 2, 2026.

KEATING LAW GROUP

*/s/ John T. Keating*

John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, NV 89148
Attorney for Defendant

DATED: November 2, 2026.

H&P LAW

*/s/ Cara Xidis*

Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
710 S. 9th Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED that, based on the parties' stipulation [ECF No. 32] and with good cause appearing, the defendant's reply in support of its motion for summary judgment is now due on November 16, 2026.

District Judge Jennifer A. Dorsey
November 3, 2026

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148